■ NORSTAR BANK, Appellant-Respondent, v PICKARD AND ANDERSON et al., Respondents-Appellants. (Appeal No. 2.)— Present—Denman, J. P., Boomer, Pine, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE B., Appellant. Present—Dillon, P. J., Doerr, Denman, Balio and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALVARDO PADILLA, Appellant. Present—Doerr, J. P., Boomer, Green, Pine and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER CARR, Appellant. Present—Doerr, J. P., Denman, Boomer, Green and Balio, JJ.